United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Rino P Maggio  
    Debtor

Case No. 18-01265-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3  
Date Rcvd: Dec 21, 2021      Form ID: 3180W      Total Noticed: 44

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rino P Maggio, 200 Fox Road, Dingmans Ferry, PA 18328-3097 |
| 5041129 | + | ANN MAGGIO, 200 FOX ROAD, DINGMANS FERRY, PA 18328-3097 |
| 5068980 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5041138 | + | DONNA PRISCO, c/o Vincent Rubino Esq, PO Box 511, Stroudsburg, PA 18360-0511 |
| 5041137 | + | Donna Ardunay, 2502 Hemlock Farms, Lords Valley, PA 18428-9081 |
| 5069495 | + | Mortgage Research Center, LLC dba Veterans United, c/o Cenlar FSB, Attn: BK Department, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 5041143 | + | POCONO FARMS COUNTRY CLUB ASSN, 182 LAKE ROAD, TOBYHANNA, PA 18466-8033 |
| 5041144 | + | POLLACK LAW FIRM, 350 JERICHO TURNPIKE, SUITE 105, JERICHO, NY 11753-1317 |
| 5131476 | | PennyMac Loan Services, LLC, P.O. Box 660929, Dallas, TX 75266-0929 |
| 5131477 | | PennyMac Loan Services, LLC, P.O. Box 660929, Dallas, TX 75266-0929, PennyMac Loan Services, LLC, P.O. Box 660929 Dallas, TX 75266-0929 |
| 5041149 | | TEACHERS FEDERAL CREDIT UNION, 75 REMITTANCE DRIVE, DEPT 1060, CHICAGO, IL 60675-1060 |
| 5041150 | + | VETERANS UNITED HOME LOANS, PO BOX 77423, EWING, NJ 08628-7423 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | EDI: JPMORGANCHASE | Dec 21 2021 23:38:00 | JPMorgan Chase Bank, National Association, Et Al.., 7255 Baymeadows Way, Jacksonville, FL 32256 |
| 5041128 | + | EDI: AMEREXPR.COM | Dec 21 2021 23:38:00 | AMERICAN EXPRESS, PO BOX 981537, EL PASO, TX 79998-1537 |
| 5058350 | | EDI: BECKLEE.COM | Dec 21 2021 23:38:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5041130 | | EDI: BANKAMER.COM | Dec 21 2021 23:38:00 | BANK OF AMERICA, PO BOX 982238, EL PASO, TX 79998-2238 |
| 5041131 | + | EDI: TSYS2 | Dec 21 2021 23:38:00 | BARCLAYS BANK DE, 700 PRIDES XING, NEWARK, DE 19713-6109 |
| 5041132 | | EDI: CAPITALONE.COM | Dec 21 2021 23:38:00 | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5041136 | + | EDI: CITICORP.COM | Dec 21 2021 23:38:00 | CITIBANK, 701 EAST 60TH ST N, SIOUX FALLS, SD 57104-0432 |
| 5061228 | + | EDI: CITICORP.COM | Dec 21 2021 23:38:00 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 5041141 | + | EDI: CITICORP.COM | Dec 21 2021 23:38:00 | MACYS RECOVERY, 9111 DUKE BLVD, MASON, OH 45040 |
| 5148149 | | EDI: Q3G.COM | Dec 21 2021 23:38:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 5045800 | | EDI: DISCOVER.COM | Dec 21 2021 23:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5041139 | + | EDI: CITICORP.COM | Dec 21 2021 23:38:00 | HOME DEPOT/CITIBANK, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5041133 | | EDI: JPMORGANCHASE | Dec 21 2021 23:38:00 | CARDMEMBER SERVICE, PO BOX 1423, CHARLOTTE, NC 28201-1423 |
| 5041134 | | EDI: JPMORGANCHASE | Dec 21 2021 23:38:00 | CHASE, 3415 VISION DRIVE, COLUMBUS, OH 43219-6009 |
| 5041135 | | EDI: JPMORGANCHASE | Dec 21 2021 23:38:00 | CHASE MORTGAGE, PO BOX 24696, COLUMBUS, OH 43224 |
| 5041140 | + | Email/Text: BKRMailOPS@weltman.com | Dec 21 2021 18:33:00 | KAY JEWELERS, 375 GHENT ROAD, FAIRLAWN, OH 44333-4600 |
| 5069933 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 21 2021 18:36:36 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5041142 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 21 2021 18:36:42 | MERRICK BANK CORP, PO BOX 9201, OLD BETHPAGE, NY 11804-9001 |
| 5068479 | + | EDI: MID8.COM | Dec 21 2021 23:38:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5060953 | | EDI: PRA.COM | Dec 21 2021 23:38:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5042183 | + | EDI: RECOVERYCORP.COM | Dec 21 2021 23:38:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5064226 | | EDI: Q3G.COM | Dec 21 2021 23:38:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5041145 | | EDI: NAVIENTFKASMSERV.COM | Dec 21 2021 23:38:00 | SALLIE MAE, PO BOX 9500, WILKES BARRE, PA 18773-9500 |
| 5041146 | + | EDI: CITICORP.COM | Dec 21 2021 23:38:00 | SEARS/CBNA, PO BOX 6283, SIOUX FALLS, SD 57117-6283 |
| 5041147 | | EDI: RMSC.COM | Dec 21 2021 23:38:00 | SYNCHRONY BANK, ATTN BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5041148 | | EDI: TDBANKNORTH.COM | Dec 21 2021 23:38:00 | TD BANK, PO BOX 84037, COLUMBUS, GA 31908-4037 |
| 5069510 | | EDI: JPMORGANCHASE | Dec 21 2021 23:38:00 | U.S. Bank, et al... c/o JPMorgan Chase Bank, N.A., Chase Records Center, ATTN: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 5065124 | | EDI: AIS.COM | Dec 21 2021 23:38:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 5041151 | | EDI: WFFC.COM | Dec 21 2021 23:38:00 | WELLS FARGO CARD SERVICES, CREDIT BUREAU DISPU RES, PO BOX 14517, DES MOINES, IA 50306-3517 |
| 5041152 | | EDI: WFFC.COM | Dec 21 2021 23:38:00 | WELLS FARGO FINANCIAL NATIONAL BANK, PO BOX 660553, DALLAS, TX 75266-0553 |
| 5057817 | | EDI: WFFC.COM | Dec 21 2021 23:38:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5059288 | | EDI: WFFC.COM | Dec 21 2021 23:38:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 32

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2021          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Jerome B Blank | on behalf of Creditor MORTGAGE RESEARCH CENTER LLC ET. AL. pamb@fedphe.com |
| Kevin S Frankel | on behalf of Creditor JPMorgan Chase Bank National Association, Et Al... pa-bk@logs.com |
| Mario John Hanyon | on behalf of Creditor PennyMac Loan Services LLC pamb@fedphe.com, mario.hanyon@brockandscott.com |
| Monroe County Tax Claim Bureau | TZito@monroecountypa.gov TZito@monroecountypa.gov;CTreible@monroecountypa.gov |
| Rebecca Ann Solarz | on behalf of Creditor PennyMac Loan Services LLC bkgroup@kmllawgroup.com |
| Thomas Song | on behalf of Creditor PennyMac Loan Services LLC tomysong0@gmail.com |
| Thomas Song | on behalf of Creditor MORTGAGE RESEARCH CENTER LLC ET. AL. tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Rino P Maggio lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 10

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Rino P Maggio<br>First Name    Middle Name    Last Name | Social Security number or ITIN xxx–xx–3959<br>EIN __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN ____<br>EIN __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:18–bk–01265–MJC | |

# Order of Discharge                                                                                                                             12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

> Rino P Maggio
> aka Rino Maggio, aka Rino Patrizio Maggio

**By the court:**

12/21/21

Honorable Mark J. Conway
United States Bankruptcy Judge
By: ToniaWilson, Deputy Clerk

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**