Fill in this information to identify the Fill in this information to identify the case:

Debtor 1  Rino P. Maggio aka Rino Maggio aka Rino Patrizio Maggio

Debtor 2

United States Bankruptcy Court for the MIDDLE District of Pennsylvania

Case number  18-01265 MJC

Official Form 410S1

# Notice of Mortgage Payment Change                                   12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** PENNYMAC LOAN SERVICES, LLC

**Court claim no.** (if known): 13

**Last 4 digits** of any number you use to identify the debtor's account: 4197

**Date of payment change:**
Must be at least 21 days after date of this notice                    12/01/2021

**New total payment:** $ 1,134.89
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $409.30         New escrow payment: $ 419.18

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%         New interest rate: _____%

   Current principal and interest payment: $_____  New principal and interest payment: $_____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☒ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $_____         New mortgage payment: $_____

Official Form 410S1                 **Notice of Mortgage Payment Change**                 page 1

Case 5:18-bk-01265-MJC    Doc    Filed 10/21/21    Entered 10/21/21 13:27:52    Desc
Document ID: a9a211605a55fe3c70d82e7c122bc7841128c83e030ad0cce2a20ba3d9bc609e
                                 Main Document    Page 1 of 2

| Debtor(s) | <u>Rino</u>   <u>P.</u>   <u>Maggio</u> Case number (*if known*) <u>18-01265 MJC</u> |
|---|---|
| | First Name   Middle Name   Last Name |

| **Part 4:** | **Sign Here** |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ *Rebecca Solarz*
 Signature
**Print:** Rebecca Solarz
 15 Oct 2021, 12:28:07, EDT

Date   10/15/2021

Title   <u>Attorney for Creditor</u>

Company   <u>KML Law Group, P.C.</u>

Address   <u>701</u>   <u>Market Street, Suite 5000</u>
 Number   Street
 Philadelphia,   PA   19106
 City   State   ZIP Code

Contact phone   (215) 627–1322   Email   bkgroup@kmllawgroup.com

Official Form 410S1   **Notice of Mortgage Payment Change**   page 2